UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY JAYNE HILL,

    Plaintiff,

v.                                Case No: 2:13-cv-120-FtM-38DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER[1]

This matter comes before the Court on Motion for Entry of Judgment with Remand (Doc. #22) filed on November 13, 2013. The Commissioner seeks a remand for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Plaintiff does not oppose the motion.

Accordingly, it is now

**ORDERED:**

(1) Motion for Entry of Judgment with Remand (Doc. #22) is **GRANTED**. The Decision of the Commissioner is hereby reversed and the case is remanded under sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

On remand, the Commissioner will remand the case to the Administrative Law Judge (ALJ) to give the claimant an opportunity for a new hearing, further develop the record, and issue a new decision. Specifically, the ALJ will further evaluate the claimant's mental impairments, obtain additional medical evidence as warranted, further evaluate the claimant's residual functional capacity, give further consideration to the claimant's treating and non-treating physician, and evaluate whether the claimant can perform jobs that exist in the national economy while obtaining vocational expert testimony as necessary.

(2) The Clerk is directed to enter judgment accordingly and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record